UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:13 cr 97-RJC |
| | ) | |
| v. | ) | BILL OF INFORMATION |
| | ) | |
| | ) | |
| | ) | |
| SHAKA STAYMAN, | ) | |
| | ) | 18 U.S.C. §1349 |
| Defendant. | ) | |
| | ) | |

## THE UNITED STATES ATTORNEY CHARGES:

At all times relevant to this Information:

### INTRODUCTION

1.      From in or about June 2010 through in or about November 2010, Defendant SHAKA STAYMAN and other persons known and unknown (hereinafter "co-conspirators") to the United States Attorney, engaged in a financial account takeover fraud scheme involving wire communications for the purpose of enriching themselves with funds stolen from compromised financial accounts maintained at The Teachers Insurance and Annuity Association - College Retirement Equities Fund ("TIAA-CREF").

2.      SHAKA STAYMAN and his co-conspirators attempted to steal at least $1.37 million through their financial account takeover fraud scheme, described below, involving wire communications to TIAA-CREF located in Charlotte, North Carolina.

3      SHAKA STAYMAN was an individual who resided in Atlanta, Georgia.

4.      The Teachers Insurance and Annuity Association - College Retirement Equities Fund (hereinafter "TIAA-CREF") was a Fortune 100 full-service financial services company headquartered in New York, New York, with several major offices throughout the country, including Charlotte, North Carolina. In pertinent part to this Bill of Information, TIAA-CREF maintained financial accounts and offered financial services and investment advice for individuals who work in the academic, medical, cultural and research fields (hereinafter "customers").

5.      TIAA-CREF provided its customers with access to its customers' respective financial accounts through wire communications over the Internet and by telephone. Customer

access to individual TIAA-CREF customer financial accounts was controlled by user names, passwords and other proprietary security measures.

6.    TIAA-CREF also provided its customers with electronic banking services such as electronic funds transfers, including "wire transfers" of funds from TIAA-CREF customers' financial accounts to financial accounts at other financial institutions or financial service companies.

7.    Wire transfers from TIAA-CREF financial accounts were initiated by TIAA-CREF customers who were authenticated in part by customer input of user names and passwords associated with individual customer accounts numbers, along with additional customer authentication information.  Upon customer authentication, TIAA-CREF customers provided TIAA-CREF with wire transfer instructions that, in pertinent part, specified the amount of funds to be withdrawn from the customers' TIAA-CREF financial accounts and the destination of the withdrawn funds, including specific financial account numbers ("other financial accounts") and specific financial institutions and financial services companies which maintained the other financial accounts.

8.    Authenticated, customer-initiated wire transfer instructions were processed by TIAA-CREF ("sending entity") through wire communications with other financial institutions or financial services companies ("receiving entities") identified by TIAA-CREF customers.  Wire communications included coded information that an order for the wire transfer of funds had been placed with TIAA-CREF by its customers for delivery to other financial accounts maintained by the receiving entities.  TIAA-CREF and the receiving entities exchanged additional codes by wire to execute the transfer of funds withdrawn from TIAA-CREF customer accounts to other designated financial accounts maintained by the receiving entities.

## SCHEME AND ARTIFICE

9.    SHAKA STAYMAN, along with other co-conspirators, devised a scheme and artifice to defraud and to obtain money and property by materially false and fraudulent pretenses, representations and promises, that is, a scheme to use compromised TIAA-CREF customer account information to fraudulently conduct financial transactions involving funds in TIAA-CREF customer accounts without the knowledge, consent or authorization of TIAA-CREF customers targeted in the scheme to defraud.

10.    SHAKA STAYMAN, aided and abetted by his co-conspirators, used a variety of methods to unlawfully acquire and change TIAA-CREF customer account information, including user names, passwords and other account security information, in order to defeat proprietary TIAA-CREF security systems and to conduct fraudulent financial transactions involving funds in customers' financial accounts maintained by TIAA-CREF.

11.    SHAKA STAYMAN, aided and abetted by his co-conspirators, falsely and fraudulently represented to TIAA-CREF in wire communications over the Internet and by telephone that he was the true TIAA-CREF customer of the each of the targeted, compromised

customer accounts, when in truth and in fact SHAKA STAYMAN was not the true customer of any of the targeted, compromised financial accounts, and had not been authorized by the targeted customers to conduct any financial transactions involving the true customers' respective financial accounts maintained by TIAA-CREF.

12.     Posing as the true customers of compromised financial accounts, SHAKA STAYMAN, aided and abetted by his co-conspirators, falsely and fraudulently initiated wire transfer instructions with TIAA-CREF by wire communications over the Internet, by telephone and by facsimile, and did cause and attempt to cause the unlawful wire transfer of funds in amounts ranging from approximately $29,000 to $45,500 from the individual financial accounts of twenty-one (21) targeted TIAA-CREF customers to other financial accounts at receiving entities, including Regions Bank, JP Morgan Chase, Washington Mutual Bank, Wachovia/Wells Fargo, M&T Bank, SunTrust Bank, Bank of America, TD Bank, LGE Credit Union and Sovereign Bank.

13.     Posing as actual customers of compromised financial accounts, SHAKA STAYMAN, aided and abetted by his co-conspirators, falsely and fraudulently initiated wire transfer instructions with TIAA-CREF by wire communications over the Internet, by telephone and by facsimile, and did attempt to cause the unlawful wire transfer of funds in amounts ranging from approximately $14,000 to $48,000 from the individual financial accounts of seventeen (17) targeted TIAA-CREF customers to other financial accounts at receiving entities, including Chase, Bank of America, JP Morgan Chase, Sovereign Bank, BB&T, and HSBC.

14.     SHAKA STAYMAN, aided and abetted by his co-conspirators, unsuccessfully attempted to gain access to at least twenty (20) additional individual financial accounts of targeted TIAA-CREF customers.

15.     SHAKA STAYMAN, through his co-conspirators, did cause the withdrawal of fraudulently-wired funds from other financial accounts ("mule accounts") maintained at multiple receiving entities, which fraudulently-wired funds had been transferred by wire from the targeted, compromised customers' accounts maintained by TIAA-CREF to the "mule accounts" maintained by multiple receiving entities.

3

# COUNT ONE
## (WIRE FRAUD CONSPIRACY - 18 USC §1349)

Paragraphs 1 through 15 of this Information are re-alleged and incorporated herein by reference as though fully set forth herein.

From at least in or about June 2010, through in or about November 2010, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

### SHAKA STAYMAN,

did knowingly combine, conspire, confederate, and agree with other persons known and unknown to the United States Attorney, to commit an offense against the United States, that is, fraud by wire, a violation of Title 18, United States Code, 1343.

### Object of the Conspiracy

*Fraud by Wire* - It was a part and an object of the conspiracy that the Defendant, SHAKA STAYMAN, and others known and unknown to the United States Attorney, having devised the above-described scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds for the purposes of executing said scheme and artifice, a violation of Title 18, United States Code, Section 1343.

### Manner and Means

The conspirators, including the Defendant, SHAKA STAYMAN, carried out the conspiracy through the manner and means described in paragraphs 1 through 15 of this Bill of Information, among others.

All in violation of Title 18, United States Code, Section 1349.


ANNE M. TOMPKINS
UNITED STATES ATTORNEY


THOMAS A. O'MALLEY
ASSISTANT UNITED STATES ATTORNEY

4