In the United States District Court

for the _____ Western _____ DISTRICT OF _____ North Carolina _____

UNITED STATES OF AMERICA

V.

Shaka Stayman

}

CRIMINAL NUMBER: 3: 13 cr 97

FILED
CHARLOTTE, NC

APR 2 3 2013

US District Court
Western District of NC

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Shaka Stayman _____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty _____ to the offense charged, to consent to the disposition of the case in the Eastern _____ District of New York _____ in which I, Shaka Stayman _____, (am under arrest, am held) and to waive trial in the above captioned District.

Sworn to before me this
april 5, 2013

CARMEN ESPINAL
Notary Public - State of New York
NO. 01ES4751636
Qualified in Queens County
My Commission Expires Dec 31, 24

Dated: April 5 20 13 at _____

_____
(Defendant)

_____
(Witness)

_____, Esq.
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the

Eastern _____
_____ District of

New York

_____
United States Attorney for the

Western _____
_____ District of

North Carolina

| To: | United States Attorney Loretta E. Lynch | District<br>Eastern District of NY | Date<br>4/18/13 |
|---|---|---|---|
| Name of Subject:<br>Shaka Stayman | | Statute Violated<br>18 U.S.C. s. 1349 | File Data *(Initials and Number)*<br>F#2012R00294 |

## Part A -- District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
   **Date of Plea**          **Date of Sentence**          **Sentence**

| From *(Signature and Title)* | Address | U.S. Attorney's Office, EDNY<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 |
|---|---|---|

## Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at

   on                          at                          o'clock

*(Kindly notify me of any anticipated delay)*
☒ Enclosed are two certified copies of indictment or information          Docket No. 3:13cr97-RJC

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*  ANNE M. TOMPKINS  U.S. ATTORNEY | District<br>W. District of North Carolina | Date<br>4.22.13 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Fed. 83 edition may be used

Case 3:13-cr-00097-RJC   Document 2   Filed 04/23/13   Page 2 of 3

FORM USA-231
NOV. 85

In the United States District Court

for the _____ Western    DISTRICT OF    North Carolina _____

UNITED STATES OF AMERICA

V.

Shaka Stayman

}

CRIMINAL NUMBER: _____

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Shaka Stayman _____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty _____ to the offense charged, to consent to the disposition of the case in the Eastern _____ District of New York _____ in which I, Shaka Stayman _____, (am under arrest, am held) and to waive trial in the above captioned District.

Sworn to before me this
April 5, 2013

```
CARMEN ESPINAL
Notary Public - State of New York
NO. 01ES4751636
Qualified in Queens County
My Commission Expires Dec 31, 20
```

Dated: April 5 20 13 at _____

_____
*(Defendant)*

_____
*(Witness)*

_____, Esq.
*(Counsel for Defendants)*

_____
*(Assistant United States Attorney)*

Approved

_____
United States Attorney for the

Eastern _____ District of

New York

_____
United States Attorney for the

Western _____ District of

North Carolina